IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICK RODRIGO COUOG, TDCJ-CID NO. 1453934, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-02687 |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

### FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is **DISMISSED** without prejudice. A Certificate of Appealability is **DENIED**.

This is a Final Judgment.

**SIGNED** at Houston, Texas, on this 14th day of September, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE